UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANGEL CHAVEZ, and
XAVIER REYES,

Defendants.

**INDICTMENT**

24 Cr.

**24 CRIM 554**

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1.   From at least in or about July 2024 through at least in or about August 2024, in the Southern District of New York and elsewhere, ANGEL CHAVEZ and XAVIER REYES, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2.   It was a part and an object of the conspiracy that ANGEL CHAVEZ and XAVIER REYES, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.   The controlled substances involved in the offense were: (i) a quantity of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C); (ii) a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (iii)

28 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

4.      From at least in or about July 2024 through at least in or about August 2024, in the Southern District of New York and elsewhere, ANGEL CHAVEZ and XAVIER REYES, the defendants, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count One of this Indictment, knowingly used and carried a firearm, and, in furtherance of such crime, possessed a firearm, and aided and abetted the use, carrying, and possession of a firearm, which was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (ii), and 2.)

## FORFEITURE ALLEGATIONS

5.      As a result of committing the offense alleged in Count One of this Indictment, ANGEL CHAVEZ and XAVIER REYES, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

6.      As a result of committing the offense alleged in Count Two of this Indictment, ANGEL CHAVEZ and XAVIER REYES, the defendants, shall forfeit to the United States,

pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

    a.     A black and silver .45 caliber Taurus pistol with serial number NEP04910; and

    b.     Thirty-five cartridges of .45 caliber Federal Auto ammunition.

### Substitute Assets Provision

7.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 924;
    Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney